UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES TUCKER, | Civil No. 07-2147 (DSD/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA DOC, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 6, 2007

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court